UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IBRAHIM SAMRA,<br><br>    Plaintiff(s),<br><br>v.<br><br>CBS BROADCASTING, INC., et al.,<br><br>    Defendant(s). | Case No. 24-cv-10720<br><br>Honorable Robert J. White |

**STIPULATED ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

This matter having come before this Court on the stipulation of the parties to dismiss Plaintiff's claims in the above-captioned action without costs or attorneys' fees, and the Court otherwise being advised in the premises;

**IT IS HEREBY ORDERED** that this action be, and hereby is, dismissed with prejudice, and without attorneys' fees or costs to either party.

SO ORDERED.

Dated: August 4, 2025

s/Robert J. White
Robert J. White
United States District Judge

2

**STIPULATED TO:**

| | |
|---|---|
| */s/ Amanda M. Ghannam (w/consent)* | */s/ Sarah L. Nirenberg* |
| Amanda M. Ghannam (P83065) | Sarah L. Nirenberg (P77560) |
| Attorney for Plaintiff | Attorney for Defendants |
| 645 Griswold Street, Suite 4100 | 201 W. Big Beaver, Suite 1200 |
| Detroit MI  48226 | Troy MI  48084 |
| 313.788.7446 | 248.258.1616 |
| amanda@michiganworkerlaw.com | nirenberg@butzel.com |